IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL BENJAMIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:24-cv-567—RJD-DWD |
| | ) |
| K&R PATRICK, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 11, 2024 (Doc. 19), Judgment is entered in favor of Plaintiff, Paul Benjamin, and against Defendant, K&R Patrick, LLC, in the amount of $31,811.00 plus post-judgment interest.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

DATED: December 11, 2024

                                            MONICA A. STUMP, Clerk of Court

                                            *s/ Dana M. Winkeler*
                                            **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**